940 F.2d 651
 Brunson (Alexander, Sr.), Brown-Brunson (Vanille)
v.
Board of Education of Baltimore County, Dubel (Robert),
Chapman (Robert, III), Marchione (Anthony), Grieb (Frank,
Jr.), Shrewsbury (Margaret), Wright (Anne), Sparks (George,
Jr.), Pearce (Donald), Disney (Calvin), Hillman (Hilda),
Tisdale (Gwendolyn), Shimonkevitz (Phillis), Rowe
(Margaret), Shilling (Joseph), Embry (Robert, Jr.), Maynard
(Joan), Fincher (Herbert), Schoebrodt (Frederock), Prioleau (Wendy)
 NO. 91-1082
 United States Court of Appeals,
 Fourth Circuit.
 AUG 05, 1991
 
 1
 Appeal From: D.Md.
 
 
 2
 DISMISSED.